Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  16−31991−CMG
        Chapter:  13
        Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Catherine R. Scott
   14 Melbourne Lane
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−6833

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 10/17/18 at 09:00 AM

to consider and act upon the following:

*64* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 10/10/2018. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 10/10/18

                        Jeanne Naughton
                        Clerk, U.S. Bankruptcy Court