Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  16–31991–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Catherine R. Scott
    14 Melbourne Lane
    Willingboro, NJ 08046

Social Security No.:
    xxx–xx–6833

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 10/17/18 at 09:00 AM

to consider and act upon the following:

*64* – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 10/10/2018. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 10/10/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-31991-CMG
Catherine R. Scott                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin            Page 1 of 1          Date Rcvd: Oct 10, 2018
                               Form ID: ntchrgbk       Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2018.
db             +Catherine R. Scott,   14 Melbourne Lane,   Willingboro, NJ 08046-3124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2018 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Andrew L. Spivack   on behalf of Creditor   CitiMortgage, Inc. nj.bkecf@fedphe.com
          Jason Brett Schwartz   on behalf of Creditor   Consumer Portfolio Services
           jschwartz@mesterschwartz.com
          John  Zimnis   on behalf of Debtor Catherine R. Scott njbankruptcylaw@aol.com.
          Kevin Gordon McDonald   on behalf of Creditor   MIDFIRST BANK kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Nicholas V. Rogers   on behalf of Creditor   CITIMORTGAGE, INC. nj.bkecf@fedphe.com
          Peter E. Zimnis   on behalf of Debtor Catherine R. Scott njbankruptcylaw@aol.com
          William M.E. Powers   on behalf of Creditor   CitiMortgage, Inc. ecf@powerskirn.com
          William M.E. Powers, III   on behalf of Creditor   CitiMortgage, Inc. ecf@powerskirn.com
                                                                              TOTAL: 10