Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.: 16−31991−CMG
                    Chapter: 13
                    Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Catherine R. Scott
   14 Melbourne Lane
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−6833

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/22/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 22, 2019
JAN: bwj

                                                                         Jeanne Naughton
                                                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 16-31991-CMG
Catherine R. Scott                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin         Page 1 of 2         Date Rcvd: Feb 22, 2019
                             Form ID: 148        Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2019.
```
db             +Catherine R. Scott,   14 Melbourne Lane,   Willingboro, NJ 08046-3124
cr             +CITIMORTGAGE, INC.,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
516504764       Amcol Sys Inc,   re: Virtua,   POB 21625,   Columbia, SC 29221-1625
516504765      +Apex Asset Managment,   1286 Carmichael Way,   Montgomery, AL 36106-3645
516626545       CitiMortgage, Inc.,   P.O. Box 688971,   Des Moines, IA 50368-8971
516504766      +Citimortgage,   POB 6243,   Sioux Falls, SD 57117-6243
516634735       Citimortgage Inc,   POB 6030,   Sioux Falls, SD  57117-6030
516504769      +Diversified Consultants,   POB 1391,   Southgate, MI 48195-0391
516504771      +IvyRehab Network,   POB 416495,   Boston, MA 02241-6495
516504772      +Lourdes,   POB 822112,   Philadelphia, PA 19182-2112
517763858      +MidFirst Bank,   Bankruptcy Payments,   999 NW Grand Boulevard, #110,
                 Oklahoma City, OK 73118-6051
517763859      +MidFirst Bank,   Bankruptcy Payments,   999 NW Grand Boulevard, #110,
                 Oklahoma City, OK 73118-6077,   MidFirst Bank,   Bankruptcy Payments 73118-6051
516504774      +Phelan Hallinan & Diamond PC,   400 Fellowship Rd, Ste 100,   Mount Laurel, NJ 08054-3437
516504773     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  NJ - Div of Taxation,   Compliance and Enforcement  BK unit,
                 50 Barrack St,  9 th FL,   POB 245,   Trenton, NJ 08695)
516504776      +State of NJ, D.O.L.,   POB 913,   Trenton, NJ 08625-0913
516504778      +Willingboro Twp Taxes,   1 Rev Dr MLK Dr,   Willingboro, NJ 08046-2800
516504775      +remex,   re: SJ Radiology,   307 Wall St,   Princeton, NJ 08540-1515
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 23 2019 00:14:00     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 23 2019 00:13:56     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516576555       EDI: GMACFS.COM Feb 23 2019 04:33:00     Ally Financial,   PO Box 130424,
                 Roseville MN 55113-0004
516504763      +EDI: GMACFS.COM Feb 23 2019 04:33:00     Ally Financial,   POB 380901,
                 Minneapolis, MN 55438-0901
516644732       EDI: AIS.COM Feb 23 2019 04:33:00     American InfoSource LP as agent for,   Verizon,
                 PO Box 248838,   Oklahoma City, OK  73124-8838
516522513       E-mail/Text: bankruptcy@consumerportfolio.com Feb 23 2019 00:14:17
                 CONSUMER PORTFOLIO  SERVICES , INC.,   PO BOX 57071,   IRVINE, CA 92619 - 7071
516504767      +E-mail/Text: bankruptcy@consumerportfolio.com Feb 23 2019 00:14:17     CPS,   POB 57071,
                 Irvine, CA 92619-7071
516504768       EDI: DIRECTV.COM Feb 23 2019 04:33:00     Direct TV,   POB 78626,   Phoenix, AZ 85062
516504770       EDI: IRS.COM Feb 23 2019 04:38:00     Internal Revenue Service,   POB 7346,
                 Philadelphia, PA 19101-7346
518014800       EDI: PRA.COM Feb 23 2019 04:33:00     Portfolio Recovery Associates, LLC,   PO Box 41067,
                 Norfolk, VA 23541
518014801       EDI: PRA.COM Feb 23 2019 04:33:00     Portfolio Recovery Associates, LLC,   PO Box 41067,
                 Norfolk, VA 23541,   Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541
516504777      +EDI: VERIZONCOMB.COM Feb 23 2019 04:33:00     Verizon,   500 Technology Dr, Ste 300,
                 Saint Charles, MO 63304-2225
516677557      +E-mail/Text: bankruptcydept@wyn.com Feb 23 2019 00:14:35     Wyndham Vacation Resorts Inc,
                 POB 97474,   Las Vegas, NV 89195-0001
                                                                                              TOTAL: 13
```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
516627917*    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,   Division of Taxation,   Bankruptcy Section,
                 PO Box 245,   Trenton, NJ 08695-0245)
                                                                                  TOTALS: 0, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Feb 22, 2019
                              Form ID: 148             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2019 at the address(es) listed below:
              Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Andrew L. Spivack     on behalf of Creditor    CitiMortgage, Inc. nj.bkecf@fedphe.com
              Denise E. Carlon     on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jason Brett Schwartz     on behalf of Creditor    Consumer Portfolio Services
               jschwartz@mesterschwartz.com
              John    Zimnis    on behalf of Debtor Catherine R. Scott njbankruptcylaw@aol.com.
              Kevin Gordon McDonald     on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Nicholas V. Rogers     on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
              Peter E. Zimnis     on behalf of Debtor Catherine R. Scott njbankruptcylaw@aol.com
              William M.E. Powers     on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
              William M.E. Powers, III     on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
                                                                                             TOTAL: 11
```